# United States Court of Appeals
## For the First Circuit

No. 21-1214

ÁNGEL FORTEZA-GARCÍA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this court issued on March 3, 2025, is amended as follows:

On page 6, line 11, "2017" is replaced with "2016".

On page 6, line 15, "Davis, which was decided in 2019" is replaced with "Johnson v. United States, 576 U.S. 591 (2015) (Johnson II)".

On page 6, line 16, "There" is replaced by "While that application was pending". Then ", based on Johnson II," is inserted between "held" and "that".